# TRIAL COURT OFFICIAL'S
## REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
5/19/2015 12:14:00 AM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12 -** _____ - _____ - _____

Trial Court Style: STATE OF TEXAS VS. Robert Clayton

Trial Court & County: 3RD DC, ANDERSON _____ Trial Court No.: 31223

Date Trial Clerk's Record Originally Due:

Date Court Reporter's/Recorder's Record Originally Due: MAY 18, 2015

Anticipated Number of Pages of Record: 400

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s:  (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either ~~p~~ the required fee or to make arrangements to pay the fee for preparing the record.

☐ my duties listed below preclude working on this record:

☒ Other. (Explain.): SEE Attached

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by MAY 21, 2015, and I hereby request an additional **3** days within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

05-18-15
Date

817-308-7652
Office Phone Number

Signature _Jonette Jocky_

Printed Name JONETTE Jackson

_____
E-mail Address (if available)

Official Title

**From:** Janice Staples <jstaples@co.anderson.tx.us>
**To:** 'stenojack@aol.com' <stenojack@aol.com>
**Subject:** video
**Date:** Fri, May 15, 2015 1:53 pm

Jonette,

I know that we talked about a video that you need a copy of for appellate purposes, but for some reason I did not write down the cause number of the case. Can you please get that to me at your earliest convenience? Thank you.

Janice Staples, District Clerk
Anderson County, Texas

*JONETTE C. JACKSON, CSR*
PO Box 2179
Athens, Texas 75751
(817) 308-7652
stenojack@aol.com

May 18, 2015

Ms. Cathy Lusk
Twelfth Court of Appeals
1517 West Front Street
Suite 354
Tyler, Texas 75702

      RE: Request for extension of time
      State of Texas versus Robert F. Clayton

Dear Ms. Lusk:

      I am requesting an extension of time to file the supplemental record, which was requested by this Court. After I received the request to produce the record from the appellate attorney, I was of the understanding that he was not requesting the jury selection. Therefore, it was not produced with the rest of the record.

      By the time I saw the order of this Court requesting the supplemental record, I had approximately two weeks to produce the jury selection. During those two weeks I was scheduled to work almost every day. I should be finished producing the jury selection within the next few days.

      On or about May 6, 2015, I called the Anderson County District Clerk to request the video. I spoke with Ms. Janice Staples directly about this. On May 15, 2015, I received an e-mail from Ms. Staples. She had not sent the video to me. I have attached a copy of her e-mail. I called Ms. Staples that afternoon; however, she was not available so I left a phone message for her requesting that she send the video to me via e-mail since the video was due to be filed with the Twelfth Court of Appeals on Monday, May 18.

      When I didn't hear from Ms. Staples on May 18, I called to speak with her. Again, Ms. Staples was not available. I spoke with Tina Trejo, who informed me that the video had been prepared to be sent in the mail that day. I asked Ms. Trejo if she could e-mail the video to me. She tried, but was unsuccessful. I have attached the e-mail from Ms. Trejo.

      I will be going to Palestine to pick up the video so that I can get it filed with the Court faster than waiting for it to get to me via the United States Postal Service. Once I have the video it is possible that I will have to have it converted to a format that can be

recognized and filed through the TAMES portal.

I have requested a due date of May 21, 2015. This should be enough time for me to finish producing the jury selection and obtain and convert the video.

Thank you for considering my request for an extension of time.

Sincerely,

Jonette C. Jackson, CSR

**From:** Tina Trejo <ttrejo@co.anderson.tx.us>
**To:** 'Stenojack' <stenojack@aol.com>
**Subject:** RE: CAUSE # 31223
**Date:** Mon, May 18, 2015 4:39 pm

---

Ok I will take it out of the mail then.

---

**From:** Stenojack [mailto:stenojack@aol.com]
**Sent:** Monday, May 18, 2015 4:38 PM
**To:** Tina Trejo
**Subject:** Re: CAUSE # 31223

Thank you for trying.  I will have to come get it tomorrow.

Jonette C. Jackson, CSR
PO Box 2179
Athens, Texas 75751
(817) 308-7652  cell
stenojack@aol.com

**Serving all of North, East, and Central Texas.**

-----Original Message-----
From: Tina Trejo <ttrejo@co.anderson.tx.us>
To: 'STENOJACK@AOL.COM' <STENOJACK@AOL.COM>
Sent: Mon, May 18, 2015 4:29 pm
Subject: CAUSE # 31223

It will not let me send it. I am sorry.

Tina Trejo
Deputy Clerk - Criminal Division
(903) 723-7463 Office
(903) 723-7491 Fax